*1037 ante, p. 948;
ante, p. 20;
ante, p. 821;
ante, p. 826;
ante, p. 841;
ante, p. 963;
ante, p. 933;
ante, p. 893;
ante, p. 918;
ante, p. 954;
ante, p. 944;
ante, p. 935;
ante, p. 963;
ante, p. 953;
ante, p. 857;
ante, p. 945;
ante, p. 861;
ante, p. 956;
ante, p. 897;
ante, p. 923;
ante, p. 939;
*1038 No. 89-5458.
No. 89-5501.
No. 89-5522.
No. 89-5528.
No. 89-5531.
No. 89-5570.
No. 89-5576.
No. 89-5593.
No. 89-5613.
No. 89-5615.
No. 89-5639.
No. 89-5716.
No. 89-5790.
No. 89-5820.
ante, p. 898;
ante, p. 899;
ante, p. 940;
ante, p. 940;
ante, p. 941;
ante, p. 942;
ante, p. 942;
ante, p. 969;
ante, p. 942;
ante, p. 966;
ante, p. 957;
ante, p. 958;
ante, p. 982; and
ante, p. 996. Petitions for rehearing denied.